UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| VINCENT BLACKMORE and DANYALE BLACKMORE,<br><br>Plaintiffs,<br><br>vs.<br><br>JARED CARLSON and ERIC DEMILLE, Hurricane City Police Officers; LA-NORMA RAMIREZ and DOE DEPUTIES 1-4, Washington County Sheriff's Deputies; WASHINGTON COUNTY, by and through its Sheriff's Office; and HURRICANE CITY, by and through its Police Department,<br><br>Defendants. | **ORDER GRANTING STIPULATED MOTION TO EXTEND THE DEADLINE FOR EXPERT DISCOVERY**<br><br>Civil No. 4:21-CV-00026-DN-PK<br><br>Judge David Nuffer<br><br>Magistrate Judge Paul Kohler |

Based on the Parties' Stipulated Motion to Extend the Deadline for Expert Discovery[1] and for good cause appearing,

**IT IS HEREBY ORDERED** that the Motion is GRANTED. The deadline for Expert Discovery is extended to May 10, 2025, or shortly after the Parties are able to depose the expert witness, Ms. Annette Curtis. The trial date and all other remaining deadlines, including the Daubert Motion deadline of March 28, 2025, remain the same.

DATED this 14th day of March 2025.

BY THE COURT:

_____
PAUL KOHLER
United States Magistrate Judge

---

[1] Docket No. 210, filed March 13, 2025.