Robert B. Sykes (#3180)
C. Peter Sorensen (#16728)
Christina D. Isom (#17244)
**SYKES MCALLISTER LAW OFFICES, PLLC**
311 South State Street, Suite 240
Salt Lake City, Utah 84111
Telephone No. (801) 533-0222
bob@sykesmcallisterlaw.com
pete@sykesmcallisterlaw.com
christina@sykesmcallisterlaw.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| VINCENT BLACKMORE and DANYALE BLACKMORE,<br><br>Plaintiffs,<br><br>vs.<br><br>JARED CARLSON and ERIC DEMILLE, Hurricane City Police Officers, LA-NORMA RAMIREZ and DOES DEPUTIES 1-4, Washington County Sheriff's Deputies; WASHINGTON COUNTY, by and through its Sherriff's Office; and HURRICANE CITY, by and through its Police Department,<br><br>Defendants. | **PLAINTIFFS' SUPPLEMENTAL DISCLOSURE OF EXPERT REBUTTAL WITNESS**<br><br>Case No. 4:21-cv-00026-DN-PK<br><br>District Judge David Nuffer<br><br>Magistrate Judge Paul Kohler |

Pursuant to F.R.Civ.P. Rule 26(a)(2), Plaintiffs provide supplemental disclosure of the following rebuttal expert:

      1.      **Annette B. Curtis**, 2038 West 2135 South, Woods Cross, Utah. Ms. Curtis is a Licensed Clinical Social Worker with over 20 years of clinical experience in treating women with sexual trauma and PTSD. Ms. Curtis will provide testimony regarding the symptoms and diagnosis of Post-Traumatic Stress Disorder ("PTSD") in adult women. Briefly, the witness will

testify that sexual trauma, such as a requirement to disrobe in front of unknown men, can be a cause of PTSD. She will testify, based on the record and her professional experience, that Danyale Blackmore presented each of the signs and symptoms of a significant PTSD condition. Additionally, Ms. Curtis will provide rebuttal to the testimony of Kennon Tubbs, M.D. regarding diagnosis of PTSD in sexually traumatized women. Ms. Curtis's C.V. and fee schedule are attached hereto.

       2.       Depending upon the witnesses called by Defendants, Plaintiffs may call additional rebuttal witnesses.

DATED this 7th day of March 2025.

SYKES MCALLISTER LAW OFFICES, PLLC

/s/ Robert B. Sykes
ROBERT B. SYKES
C. PETER SORENSEN
CHRISTINA D. ISOM
*Attorneys for Plaintiffs*

2038 West 2135 South  
Woods Cross, Utah 84087  
(801) 755-5657  
annettebcurtis@gmail.com

# Annette B. Curtis, LCSW

**Experience**

2024-Present   University of Utah Health            Salt Lake City, UT

**Behavioral Health Integration Specialist**
- Provide brief, solution focused therapy for patients in Internal Medicine and Pediatric Clinics who are referred by their providers
- Provide coping skills, solution focused strategies, and resources for patients struggling with anxiety, depression, and grief related to health issues or life stressors
- Work with providers in collaborative care to help patients with medication management of mental health diagnoses
- Assist in directing patients to community resources as needed

2016-2024   Saprea (Formerly: The Younique Foundation)  Lehi, UT

**Senior Retreat Manager**
- Supervise employees/departments to conduct a retreat for female adult survivors of child sexual abuse. Teams include clinicians, culinary, case managers, and hospitality and logistics
- Assist in developing and maintaining therapeutic and psychoeducational programs. Ensure programs follow best practice and evidenced based approaches
- Provide treatment services at a 4-day retreat including psychoeducational services, experiential services, and support groups. Provide individual therapy for outpatient clients
- Assist in developing and maintaining retreat operations. Align demands of operational efficiency and client care

2004-2016            Utah Youth Village            Salt Lake City, UT

**Day Treatment and Transitions Coordinator/Therapist**
- Provide individual, group, and family therapy to youth in a residential setting and outpatient. Complete mental health assessments and develop treatment plans
- Develop programs that can be used in treatment foster care to improve treatment (i.e., Independent living programs, Latency-aged programs)
- Consult and supervise teachers and behavioral specialists working with youth in a day treatment/school setting. Provide support, treatment planning, and effective treatment strategies. Conduct individual and group therapy, and skills groups with clients in the day treatment program
- Supervise program budgets, employee issues, licensing standards, and ensure quality treatment for youth

- Supervise interns working on advanced degrees in the social work field.

2002-2004  Utah Youth Village  Salt Lake City, UT

**Director of Residential Treatment**

- Supervised treatment parents and assistants who provide treatment services to troubled youth in a residential treatment
- Supervised program budgets, employee issues, licensing standards, and ensured quality treatment for youth
- Developed programs for specific populations and diagnoses such as sex-offender treatment, reactive attachment disorder, sexual abuse, neglect, ADHD, bi-polar, oppositional defiant disorder, and permanency planning

1995-2002  Utah Youth Village  Salt Lake City, UT

**Program Consultant**

- Consulted treatment parents who live in a residential setting providing treatment for troubled youth in the custody of the state of Utah
- Provided support for treatment parents through treatment planning, effective treatment strategies, and crisis management
- Consulted treatment parents who provided treatment for troubled youth in their own homes, ensured licensing and contract standards were in compliance

1993-1995  Utah Youth Village  Salt Lake City, UT

**Treatment Parent**

- Worked full time in a residential treatment center providing treatment for troubled youth in the custody of the state of Utah
- Documented progress on goals, skills taught, contacted consumers such as school teachers, caseworkers, therapists, and parents
- Taught youth skills through a motivation system which helped the youth understand cause and effect of their behaviors and choices

**Education**

2002-2004  University of Utah  Salt Lake City, UT

- Master of Social Work
- Internship at Center for Family Development
- Internship at Primary Children's Residential Treatment Center

1988-1992  Brigham Young University  Provo, UT

- B.S., Psychology, Minor in English
- Internship at Utah State Mental Hospital

Licensed Clinical Social Worker, #290797-3501

| | |
|---|---|
| **Areas of Focus** | EMDR, CPTSD, DID/Dissociative disorders, Childhood trauma, Reactive attachment disorder, sexual abuse treatment, sexually reactive behaviors, juvenile sex-offender treatment, bi-polar disorder, oppositional defiant disorder, depression, anxiety, solution focused therapy |
| **References** | Betsy Kanarowski, PhD, LCSW<br>Chief Clinical Officer<br>Saprea<br>(435) 962-0787<br>betsykanarowski@hotmail.com<br><br>Sarah Burton, CMHC<br>Intake Manager<br>Saprea<br>(801) 414-1386<br>Sb1645@hotmail.com<br><br>Jessica Bradley, CMHC<br>Clinical Therapist and Senior Strategist<br>Saprea<br>(801) 473-7405 galbradley@yahoo.com |
| **Blogs** | *How To Care For Your Child After Sexual Abuse*<br>Saprea.org          January 2022<br><br>*Can Children Sexually Abuse Other Children?*<br>Saprea.org          May 2023<br><br>*Signs Of Sexual Abuse In Children*<br>Saprea.org          October 2023 |

# Annette B. Curtis, LCSW

## Fee Schedule

| | |
|---|---|
| Review of records, charts or other documentation: | $200/hour |
| Preparation for deposition or trial testimony: | $200/hour |
| Deposition Testimony (flat rate): | $800/day |

    Ms. Curtis will reserve the full day for testimony, 4 hours maximum testimony time and no other business will be scheduled.

| | |
|---|---|
| Trial Testimony (flat rate): | $800/day |

    Ms. Curtis will reserve the full day for trial attendance and testimony and no other business will be scheduled.