## Exhibit 4

## Dr. Tubbs Expert Deposition

The court filing system would not accept Dr. Tubbs' deposition. We will provide a physical copy or refile per the Courts preference.